(Official Form 1) (12/03) West Group, Rochester, NY

| FORM B1 | **United States Bankruptcy Court**<br>_WESTERN_ District of _NEW YORK_ | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Anderson, Michael D.** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**NONE** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all) **9509** | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**2551 Fix Road**<br>**Grand Island NY 14072** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Erie** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**SAME** | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(If different from street address above): **NOT APPLICABLE**

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☒ Individual(s) | ☐ Railroad | ☒ Chapter 7  ☐ Chapter 11  ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9  ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other _____ | ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☒ Consumer/Non-Business  ☐ Business | ☒ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)            THIS SPACE IS FOR COURT USE ONLY
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

# Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s): **FORM B1, Page 2**

*Michael D. Anderson*

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |

## Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Michael D. Anderson*
Signature of Debtor

**X**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

### Signature of Attorney

**X** */s/ Edwin R. Ilardo*
Signature of Attorney for Debtor(s)

*Edwin R. Ilardo*
Printed Name of Attorney for Debtor(s)

*Edwin R. Ilardo Law Office*
Firm Name

*5899 South Park Avenue*
Address

*P. O. Box 887*

*Hamburg NY  14075-0887*

*(716) 646-1190*
Telephone Number    Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)
☐ Exhibit A is attached and made a part of this petition

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

**X** */s/ Edwin R. Ilardo*
Signature of Attorney for Debtor(s)    Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?
☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

### Signature of Non-Attorney Petition Preparer
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

**X**
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

In re _Michael D. Anderson_ _____ / Debtor    Case No. _____
(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband  W--Wife  J--Joint  C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: _4269_  _Creditor # : 1_  _Drive Financial_  _8585 N Stemmons, Ste 800_  _Dallas TX 75247_ | | _2003_  _Car loan_   Value: _$ 5,500.00_ | | | | $ 7,315.00 | $ 1,815.00 |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |

No continuation sheets attached

Subtotal $ 7,315.00
(Total of this page)
Total $ 7,315.00
(Use only on last page. Report total also on Summary of Schedules)

In re _Michael D. Anderson_____ / Debtor     Case No._____
                                                                        (if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

No continuation sheets attached

FORM B6F (12/03) West Group, Rochester, NY

In re _Michael D. Anderson_ / Debtor    Case No._____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 6309<br>Creditor # : 1<br>DeGraff Memorial Hospital<br>445 Tremont Ave<br>N Tonawanda NY 14120 | | 1995-03<br>3476310/3476311/3476312/3476313/3476314 | | | | $ 1,036.00 |
| Account No:<br>Creditor # : 2<br>Erie Co Dept of Social Service<br>95 Franklin St<br>Buffalo NY 14202 | | 1997<br>judgment docket #314785 | | | | $ 5,727.41 |
| Account No: 3843<br>Creditor # : 3<br>EXL Systems Inc<br>c/o Prime Acceptance<br>200 W Jackson Blvd Ste 720<br>Chicago IL 60606-6941 | | 1995-03 | | | | $ 3,433.00 |
| Account No: 2149<br>Creditor # : 4<br>Fairlane Credit LLC<br>c/o Rubin & Rothman LLC<br>1787 Veterans Hwy<br>Islandia NY 11749 | | 1995-03<br>judgment docket #B47372 | | | | $ 7,101.59 |

_2_ continuation sheets attached

**Subtotal $** 17,298.00
(Total of this page)
**Total $**
(Report total also on Summary of Schedules)

In re _Michael D. Anderson_ / Debtor   Case No._____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 0470<br>Creditor # : 5<br>Family Care Physicians PC<br>c/o The Credit Bureau<br>19 Prince St<br>Rochester NY 14607-1405 | | 1995-03 | | | | $ 70.00 |
| Account No: 0001<br>Creditor # : 6<br>Great Lakes LLP Kenmore<br>c/o Russell Collection Agy<br>PO Box 7009<br>Flint MI 48507-0009 | | 1995-03 | | | | $ 119.00 |
| Account No:<br>Creditor # : 7<br>Hugill Home Const<br>2735 Bedell Rd<br>Grand Island NY 14072 | | 2003<br><br>Judgment index #12003-7931 | | | X | $ 58,375.07 |
| Account No: 0376<br>Creditor # : 8<br>Kenmore Mercy Hospital<br>c/o Creditors Interchange<br>80 Holtz Dr<br>Cheektowaga NY 14225 | | 1995-03 | | | | $ 150.00 |
| Account No: 4629<br>Creditor # : 9<br>Millard Fillmore Hospital<br>c/o The Credit Bureau<br>19 Prince St<br>Rochester NY 14607-1405 | | 1995-03 | | | | $ 100.00 |
| Account No: 1684<br>Creditor # : 10<br>Mount St Mary's Hospital<br>c/o Creditors Interchange<br>80 Holtz Dr<br>Cheektowaga NY 14225 | | 1995-03 | | | | $ 633.00 |

Sheet No. _1_ of _2_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** 59,447.07
(Total of this page)
**Total $**
(Report total also on Summary of Schedules)

In re *Michael D. Anderson* / Debtor   Case No._____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor / H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 2970<br>*Creditor # : 11*<br>*St Joseph Hospital*<br>*2605 Harlem Rd*<br>*Cheektowaga NY 14225* | | 1995-03<br><br>judgment docket #B57609 | | | | $ 3,232.85 |
| Account No: 0601<br>*Creditor # : 12*<br>*Twin City Phys Group*<br>*c/o Niagara Frontier Cred Bur*<br>*2333 Elmwood Ave*<br>*Buffalo NY 14217-2646* | | 1995-03<br><br>15337201/13836802 | | | | $ 370.00 |
| Account No: 5581<br>*Creditor # : 13*<br>*Univera Healthcare*<br>*c/o Creditors Interchange*<br>*80 Holtz Dr*<br>*Cheektowaga NY 14225* | | 1995-03 | | | | $ 845.00 |
| Account No: 3911<br>*Creditor # : 14*<br>*Western Niagara Physicians*<br>*c/o CBJ Credit Recovery*<br>*117 W 4th St*<br>*Jamestown NY 14701* | | 1995-03 | | | | $ 320.00 |
| Account No: | | | | | | |
| Account No: | | | | | | |

Sheet No. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)   *4,767.85*
Total $ (Report total also on Summary of Schedules)   *81,512.92*

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK
# WESTERN DIVISION

In re *Michael D. Anderson*　　　　　　　　　　　　　　　　　　　Case No.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter  **7**

_____ / Debtor

Attorney for Debtor:　*Edwin R. Ilardo*

## VERIFICATION OF CREDITOR MATRIX

　　　　The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: _____　　　　　　　　　　　*/s/ Michael D. Anderson*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor

Drive Financial
8585 N Stemmons, Ste 800
Dallas, TX  75247

DeGraff Memorial Hospital
445 Tremont Ave
N Tonawanda, NY  14120

Erie Co Dept of Social Service
95 Franklin St
Buffalo, NY  14202

EXL Systems Inc
c/o Prime Acceptance
200 W Jackson Blvd Ste 720
Chicago, IL  60606-6941

Fairlane Credit LLC
c/o Rubin & Rothman LLC
1787 Veterans Hwy
Islandia, NY  11749

Family Care Physicians PC
c/o The Credit Bureau
19 Prince St
Rochester, NY  14607-1405

Great Lakes LLP Kenmore
c/o Russell Collection Agy
PO Box 7009
Flint, MI  48507-0009

Hugill Home Const
2735 Bedell Rd
Grand Island, NY  14072

Kenmore Mercy Hospital
c/o Creditors Interchange
80 Holtz Dr
Cheektowaga, NY  14225

Millard Fillmore Hospital
c/o The Credit Bureau
19 Prince St
Rochester, NY  14607-1405

Mount St Mary's Hospital
c/o Creditors Interchange
80 Holtz Dr
Cheektowaga, NY  14225

St Joseph Hospital
2605 Harlem Rd
Cheektowaga, NY  14225

Twin City Phys Group
c/o Niagara Frontier Cred Bur
2333 Elmwood Ave
Buffalo, NY  14217-2646

Univera Healthcare
c/o Creditors Interchange
80 Holtz Dr
Cheektowaga, NY  14225

Western Niagara Physicians
c/o CBJ Credit Recovery
117 W 4th St
Jamestown, NY  14701